**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Troy Terrell WASHINGTON, a/k/a
Antonio Williams, Defendant–
Appellant.**

**No. 02–6380.**

United States Court of Appeals,
Fourth Circuit.

Submitted May 30, 2002.

Decided June 6, 2002.

Troy Terrell Washington, Appellant Pro Se. Gregory Welsh, Assistant United States Attorney, Katharine Jacobs Armentrout, Assistant United States Attorney, Philip S. Jackson, Assistant United States Attorney, Lynne Ann Battaglia, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Troy Terrell Washington seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Washington*, Nos. CR–96–175; CA–99–2726 (D.Md. Nov. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*